**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LINDA SUCHANEK, et. al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STURM FOODS, INC. and TREEHOUSE FOODS, INC.,<br><br>Defendants | Case No. 3:11-cv-00565-GPM-PMF<br><br>JUDGE: Hon. G. Patrick Murphy |

**DEFENDANTS' MOTION TO STRIKE EXPERT WITNESS REPORT**
**OF BOBBY CALDER AND TO EXCLUDE HIS EXPERT TESTIMONY**

Defendants TreeHouse Foods, Inc. and Sturm Foods, Inc. (collectively "Defendants"), by their attorneys, respectfully move the Court, pursuant to Federal Rule of Evidence 702, (i) to strike the expert witness report of Bobby Calder, Ph.D. ("Calder") attached as Exhibit R to plaintiffs' motion for class certification and memorandum in support (Dkt. 99) and (ii) to exclude the expert testimony and report of Calder in support of the pending class certification motion.

In support of this motion, Defendants rely upon the Memorandum of Law in Support of Defendants' Motion to Strike Expert Witness Report of Bobby Calder and To Exclude His Expert Testimony, along with the exhibits to the Memorandum

Wherefore, Defendants respectfully request that the Court strike the Bobby Calder expert report and exclude his expert testimony in deciding the pending motion for class certification.

Dated: February 25, 2013

Respectfully submitted,

/s/ Michael M. Conway

Michael M. Conway
Rebecca R. Hanson
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Phone: 312.832.4500
Fax: 312.832.4700

*Attorneys for Defendants Sturm Foods, Inc. and TreeHouse Foods, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LINDA SUCHANEK, et. al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STURM FOODS, INC. and TREEHOUSE FOODS, INC.,<br><br>Defendants | Case No. 3:11-cv-00565-GPM-PMF<br><br>JUDGE: Hon. G. Patrick Murphy |

I, Michael M. Conway, an attorney, hereby certify that on February 25, 2013, I filed **DEFENDANTS' MOTION TO STRIKE EXPERT WITNESS REPORT OF BOBBY CALDER AND TO EXCLUDE HIS EXPERT TESTIMONY** via the Court's CM/ECF system which will send notification to the following counsel of record:

Randy L. Gori
D. Todd Mathews
Gori Julian and Associates P.C.
156 North Main Street
Edwardsville, IL 62025

Peter H. Burke
William Todd Harvey
Burke Harvey et al.
2151 Highland Avenue, Suite 120
Birmingham, AL 35205

B. J. Wade
Skouteris & Magee, PLLC
Morgan Keegan Tower
50 North Front Street, Suite 920
Memphis, TN 38103

Michael H. Maizes
Maizes & Maizes LLP
2027 Williamsbridge Road
Bronx, NY 10461

James Steven Ward
Patrick Charles Cooper
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35309

John V. Wertheim
Jones, Snead, Wertheim & Wentworth
P.O. Box 228
Santa Fe, NM 87504

/s/ Michael M. Conway
Michael M. Conway