IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LINDA SUCHANEK, RICHARD MCMANUS, CAROL CARR, PAULA GLADSTONE, EDNA AVAKIAN, CHARLES CARDILLO, BEN CAPPS, DEBORAH DIBENEDETTO, AND CAROL J. RITCHIE, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL NO. 11-565-GPM |
| STURM FOODS, INC. AND TREEHOUSE FOODS, INC., | ) ) ) | Consolidated Cases: 11-889-GPM 11-1035-GPM |
| Defendants. | ) ) | 11-1068-GPM 12-224-GPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiffs shall recover nothing, the action be **DISMISSED on the merits**, and each party shall bear their own costs.

**DATED**: November 20, 2013

                                                                        NANCY J. ROSENSTENGEL, CLERK

                                                                        By:   s/ Linda M. McGovern
                                                                                       Deputy Clerk

APPROVED:    s/ *G. Patrick Murphy*
                           G. Patrick Murphy
                           United States District Judge