IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LINDA SUCHANEK, RICHARD MCMANUS, CAROL CARR, PAULA GLADSTONE, EDNA AVAKIAN, CHARLES CARDILLO, BEN CAPPS, DEBORAH DIBENEDETTO, and CAROL J. RITCHIE, et al. | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:11-cv-00565-GPM |
| v. | ) ) | Consolidated Cases: |
| | ) | 11-889-GPM |
| STURM FOODS, INC., and | ) | 11-1035-GPM |
| TREEHOUSE FOODS, INC., | ) | 11-1068-GPM |
| | ) | 12-224-GPM |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, Linda Suchanek, Richard McManus, Carol Carr, Paula Gladstone, Edna Avakian, Charles Cardillo, Ben Capps, Deborah DiBenedetto and Carol J. Ritchie, in the above consolidated cases, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following orders and judgments:

1. Memorandum and Opinion denying Plaintiff's Motion for Class Certification entered on August 26, 2013. (Doc. No. 138)

2. Memorandum and Opinion denying Plaintiffs' Motion to Reconsider Class Certification entered on November 20, 2013. (Doc. No. 161)

3. Memorandum and Opinion granting Defendants' Motion for Summary Judgment entered on November 20, 2013. (Doc. No. 161)

4. Judgment in a Civil Case entered on November 20, 2013 (Doc. No. 162)

5. Plaintiffs further appeal any and all final orders or judgments to which they have a right of appeal.

                                    Respectfully submitted,


                                    By:   /s/ Peter H. Burke
                                    Peter H. Burke


**OF COUNSEL:**

Peter H. Burke, Esq.
J. Allen Schreiber, Esq.
W. Todd Harvey, Esq.
BURKE HARVEY & FRANKOWSKI, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205
Telephone:  (205) 930-9091
Facsimile:   (205) 930-9054
E-Mail:   pburke@bhflegal.com
           tharvey@bhflegal.com
*Attorneys for Plaintiffs Richard Mcmanus,
Edna Avakian, Charles Cardillo, Ben Capps,
Deborah Dibenedetto, and Carol J. Ritchie*

Patrick C. Cooper
James Ward
WARD & WILSON
2100A Southbridge Parkway, Suite 580
Birmingham, Al 35209
*Attorney for Plaintiff Edna Avakian*

Randy L. Gori
D. Todd Mathews
GORI, JULIAN AND ASSOC, P.C.
156 N. Main Street
Edwardsville, IL 62025
*Attorney for Plaintiff Linda Suchanek*

B. J. Wade
SKOUTERIS AND MAGEE, PLLC
Morgan Keegan Tower
50 N. Front Suite 920
Memphis, TN  38103
*Attorney for Plaintiff Carol Carr*

Michael H. Maizes
MAIZES & MAIZES LLP
2027 Williamsbridge Road, 2nd Floor
Bronz, NY 10461-1630
*Attorney for Plaintiff Paula Gladstone*

### CERTIFICATE OF SERVICE

I do hereby certify that on the 18th day of December, 2013, I served the foregoing via the Court's CM/ECF which will send notification to the following:

Michael Conway
Rebecca R. Hanson
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
*Attorneys for Defendants Sturm Foods, Inc.*
*and TreeHouse Foods, Inc.*

/s/ Peter H. Burke
Of Counsel