**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LINDA SUCHANEK, | ) |
| RICHARD MCMANUS, CAROL CARR, | ) |
| PAULA GLADSTONE, | ) |
| MELLIE BRACEWELL, | ) |
| EDNA AVAKIAN, | ) Case No. 11-CV-565-NJR-PMF |
| CHARLES CARDILLO, BEN CAPPS, | ) |
| DEBORAH DIBENEDETTO, and | ) |
| CAROL J. RITCHIE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| STURM FOODS, INC. and | ) |
| TREEHOUSE FOODS, INC., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

The parties have reached an agreement to submit new briefs on the issue of class certification.   Pursuant to that agreement, the following deadlines are imposed:

1.     Plaintiffs' shall file a new motion for class certification and supporting memorandum on or before December 16, 2014.  The memorandum shall not exceed forty pages.

2.     Defendants' memorandum in opposition is due on or before January 27, 2015, and shall not exceed forty pages.

3.     Plaintiffs' reply memorandum is due on or before February 17, 2015, and shall not exceed fifteen pages.

The parties are not required to resubmit evidence with their memorandums. Instead, they can cite to the evidence that has already been submitted to the Court, so long as the citations are to the docket entry, rather than the exhibit numbers assigned by the parties, and the citations contain a page number.   For example, if Plaintiffs were to cite to Edna Avakian's deposition, the citation should be for "Doc. 100-2" instead of "Exhibit C."

Additionally, the Court is not going to reinstate either of the parties' previous motions seeking to exclude expert testimony related to the issue of class certification (Docs. 106, 116).   If either party wants the Court to consider excluding the expert testimony relied on by their opponents, they should filed a new motion containing any and all arguments that they wish to make.   If Defendants choose to file a motion, said motion should be filed at the same time as their memorandum in opposition to class certification.   If Plaintiffs choose to file a motion, said motion should be filed at the same time as their reply memorandum.

A schedule for trial will be set following the Court's ruling on the issue of class certification.

**IT IS SO ORDERED.**

**DATED:   November 14, 2014**

**s/ Nancy J. Rosenstengel**
**NANCY J. ROSENSTENGEL**
**United States District Judge**