# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LINDA SUCHANEK, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-00565-NJR-PMF |
| | ) | |
| STURM FOODS, INC. and TREEHOUSE FOODS, INC., | ) | Hon. Nancy J. Rosenstengel |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO RESCHEDULE HEARING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION, CURRENTLY SET FOR MAY 20, 2015

Plaintiffs Linda Suchanek, et. al. (collectively "Plaintiffs") and Defendants TreeHouse Foods, Inc. and Sturm Foods, Inc. (collectively "Defendants") respectfully move this Court to reschedule the hearing on Plaintiffs' Renewed Motion for Class Certification, Dkt. 186, currently set for May 20, 2015. In support of their motion, the Parties state as follows:

1. Defendants' counsel have a mediation regarding another false advertising class action claim scheduled to begin on May 20, 2015. The mediation will include individuals from a number of different states and was scheduled many weeks prior to the Order setting the hearing in this matter.

2. At the Court's request, the Parties' counsel have conferred regarding their availability for a hearing on Plaintiffs' Renewed Motion for Class Certification.

3. Defendants' counsel are generally available in June, except June 8, 2015.

4. All of Plaintiffs' counsel who anticipate appearing at a hearing on Plaintiffs' Renewed Motion for Class Certification are available on June 1, 2015. During other times in

June, Plaintiffs' counsel has various scheduling conflicts. Plaintiffs would request that the Court reschedule the hearing for June 1st.

WHEREFORE, the Parties respectfully request the Court enter an Order rescheduling the hearing on Plaintiffs' Renewed Motion for Class Certification.

Dated: April 23, 2015                                              Respectfully submitted,


/s/ Peter H. Burke                                                 /s/ Aaron J. Weinzierl
Peter H. Burke, Esq.                                               Craig S. Fochler
J. Allen Schreiber, Esq.                                           Aaron J. Weinzierl
W. Todd Harvey, Esq.                                               **FOLEY & LARDNER LLP**
BURKE HARVEY, LLC                                                  321 North Clark Street, Suite 2800
3535 Grandview Parkway, Suite 100                                  Chicago, Illinois 60654-5313
Birmingham, Alabama 35243                                          Phone: 312.832.4500
Telephone: (205) 930-9091                                          Fax: 312.832.4700
Facsimile: (205) 930-9054
E-Mail: pburke@burkeharvey.com                                     *Attorneys for Defendants Sturm Foods, Inc.*
aschreiber@burkeharvey.com                                         *and TreeHouse Foods, Inc.*
tharvey@burkeharvey.com
*Attorneys for Plaintiffs Richard Mcmanus,*
*Edna Avakian, Charles Cardillo, Ben Capps,*
*Deborah Dibenedetto, and Carol J. Ritchie*

Patrick C. Cooper
James Ward
WARD & WILSON
2100A Southbridge Parkway, Suite 580
Birmingham, Al 35209
*Attorney for Plaintiff Edna Avakian*

Randy L. Gori
D. Todd Mathews
GORI, JULIAN AND ASSOC, P.C.
156 N. Main Street
Edwardsville, IL 62025
*Attorney for Plaintiff Linda Suchanek*

B. J. Wade
SKOUTERIS AND MAGEE, PLLC
Morgan Keegan Tower

2

50 N. Front Suite 920
Memphis, TN 38103
*Attorney for Plaintiff Carol Carr*
Michael H. Maizes
MAIZES & MAIZES LLP
2027 Williamsbridge Road, 2nd Floor
Bronz, NY 10461-1630
*Attorney for Plaintiff Paula Gladstone*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA SUCHANEK, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:11-cv-00565-NJR-PMF |
| ) | |
| STURM FOODS, INC. and TREEHOUSE ) | Hon. Nancy J. Rosenstengel |
| FOODS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

  I, Aaron J. Weinzierl, an attorney, hereby certify that on April 23, 2015, and with the consent of opposing counsel, I filed the foregoing **JOINT MOTION TO RESCHEDULE HEARING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION, CURRENTLY SET FOR MAY 20, 2105** via the Court's CM/ECF system which will send notification to the following counsel of record:

Randy L. Gori
D. Todd Mathews
Gori Julian and Associates P.C.
156 North Main Street
Edwardsville, IL 62025

Peter H. Burke
William Todd Harvey
Burke Harvey et al.
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
B. J. Wade

Skouteris & Magee, PLLC
Morgan Keegan Tower
50 North Front Street, Suite 920
Memphis, TN 38103

Michael H. Maizes
Maizes & Maizes LLP
2027 Williamsbridge Road
Bronx, NY 10461

James Steven Ward
Patrick Charles Cooper
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, AL 35309

John V. Wertheim
Jones, Snead, Wertheim & Wentworth
P.O. Box 228
Santa Fe, NM 87504

            /s/ Aaron J. Weinzierl
            Aaron J. Weinzierl