# EXHIBIT

# "B"

Legal Notice

# If you purchased Grove Square Coffee, you could get $25-$275 from a class action settlement.



A settlement has been reached with Sturm Foods, Inc. and Treehouse Foods, Inc. ("Defendants") in a class action lawsuit about whether the advertising and labeling of Grove Square Coffee ("GSC") products for use in Keurig® brewing machines misled consumers into believing that GSC light, medium and dark roast coffee contained premium, ground coffee. Defendants deny any wrongdoing. The Court has not decided which side is right.

**Who is included?** You are included in the settlement as a "Class Member" if you purchased GSC products from a retail store in Alabama, California, Illinois, New Jersey, New York, North Carolina, South Carolina, or Tennessee any time from September 2010 through [DATE].

**What does the settlement provide?** Defendants have agreed to create a $25,000,000 Settlement Fund, which, after deducting attorneys' fees, costs and expenses, administrative expenses, and service awards, will be used to pay Class Members who submit valid Claim Forms.

Class Members who submit a valid Claim Form for purchases made in: (1) Alabama will receive up to $100 per Claim Form regardless of the number of GSC products purchased; (2) New York will receive up to $275 per Claim Form regardless of the number of GSC products purchased; and (3) California, Illinois, New Jersey, North Carolina, South Carolina, and Tennessee will receive $25 per GSC product purchased, for up to three purchases, for up to $75 per Claim Form. Payment amounts may be reduced on a proportionate basis, if needed, to pay all valid claims.

**How do I get a payment?** You must submit a valid Claim Form by [DATE]. Claim Forms may be submitted online at www.InstantCoffeeLawsuit.com or printed from the website and mailed to the address on the form. Claim Forms are also available by calling 1-XXX-XXX-XXXX.

**Your other options.** If you do nothing, you will not get a settlement payment. You may object to the settlement and notify the Court that you or your lawyer intend to appear at the Court's fairness hearing. Objections are due [DATE]. Unless you excluded yourself in 2016, you agreed to be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action, including the claims released by the Settlement Agreement, and you gave up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants about the claims made in this lawsuit. Complete information, including Settlement Agreement, is available at www.InstantCoffeeLawsuit.com.

**The Court's hearing.** The Court will hold a hearing in this case (*Suchanek v. Sturm Foods, Inc. et al.*, Case No. 3:11-cv-00565-NJR-RJD) at __:__ __.m. on [DATE] at the U.S. District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. At the hearing, the Court will decide whether to approve the settlement; Class Counsel's request for attorneys' fees ($8,325,000) and costs and expenses ($____), and service awards to the Class Representatives ($25,000 for McManus and $10,000 each for the other eight). You or your lawyer may appear at the hearing at your own expense.

**1-XXX-XXX-XXXX**
**www.InstantCoffeeLawsuit.com**