# EXHIBIT

# "D"

## GROVE SQUARE COFFEE PRODUCTS CLAIM FORM

  

This Claim Form may be submitted online at www.InstantCoffeeLawsuit.com or completed and mailed to the address below. Submit your completed Claim Form online or mail it so it is postmarked by **Month __, 2019.**

### I. CLAIMANT INFORMATION

The Settlement Administrator will use this information for communications and payments. If this information changes before settlement payments are issued, contact the Settlement Administrator at the address below.

First Name                                                                       M.I.        Last Name

Mailing Address, Line 1: Street Address/P.O. Box

Mailing Address, Line 2:

City:                                                                                        State:          Zip Code:

Preferred Telephone Number

Email address associated with your PayPal Account (required to receive payment via PayPal)

Email address associated with your Amazon Account (required to receive payment via Amazon)

### II. CLAIM TYPE

Check the appropriate box based on the state in which you purchase GSC products from a retail location:

☐ I made my GSC product purchases in Alabama and would like to receive the $100 maximum payment;

☐ I made my GSC product purchases in New York and would like to receive the $275 maximum payment;

☐ I made my GSC product purchases in California, Illinois, New Jersey, North Carolina, South Carolina, or Tennessee

   ☐ I purchased one GSC product. I am claiming the minimum $25 for one purchase; or

   ☐ I purchased two GSC products. I am claiming $50 for two purchases; or

   ☐ I purchased three or more GSC products. I am claiming the maximum of three purchases, $75.

### III. SIGNATURE:
I swear that the information provided in this Claim Form, to the best of knowledge, is true and correct. In addition, if making a claim for purchase made in Alabama or New York, I declare under penalty of perjury that the information provided in this Claim Form, to the best of my knowledge, is true and correct.

Signed: _____     Date:_____

Mail this Claim Form by [**DATE**] to:
*Suchanek v. Sturm Foods Inc.* Settlement Administrator,
P.O. Box _____, Louisville, KY _____-____.