IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA SUCHANEK, et. al., individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 3:11-cv-00565-NJR ) |
| v. | ) ) |
| STURM FOODS, INC., and TREEHOUSE FOODS, INC., | ) ) ) |
| Defendants. | ) |

_____

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**
_____

Pursuant to *Fed. R. Civ. P. 23(e),* Plaintiffs and Defendants respectfully file this Motion for Final Approval of the Class settlement.

For Plaintiffs' part, the Motion is based on their accompanying Memorandum; the Declaration of Carla A. Peak of KCC; Co-Lead Counsel's Motion for Attorneys' Fees, Reimbursement of Expense and Case Contribution Awards for Class Representatives and supporting Memorandum; the Declaration of Patrick C. Cooper; the Declaration of Peter H. Burke; the Declaration of Patrick Coughlin; and exhibits and material contained in the file.

The Parties respectfully ask the Court to enter an Order granting the Joint Motion for Final Approval of the Class Settlement in accordance with a Joint

Proposed Order the parties will submit separately to the Court's Chambers prior to the Fairness Hearing. The Proposed Order will provide for, among other things, those specific requirements set forth in Article 4 of the Settlement Agreement.

Dated: April 9, 2020               Respectfully submitted,

/s/ Patrick C. Cooper              /s/ Peter H. Burke
Patrick C. Cooper                  Peter H. Burke
**WARD & COOPER**                  **BURKE HARVEY, LLC**
2100A Southbridge Parkway, Suite 580   3535 Grandview Parkway, Suite 100
Birmingham, Al 35209               Birmingham, Alabama 35243
Telephone: (205) 871-5404          Telephone: (205) 930-9091
Facsimile:  (205) 871-5758         Facsimile:  (205) 930-9054
E-Mail:                            E-Mail: pburke@burkeharvey.com
patrickcharles003@yahoo.com

*Attorneys for Plaintiffs*

/s/  John F. Zabriskie
John F. Zabriskie
Jonathan W. Garlough
Anne M. Coghlan
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Phone: 312.832.4500
Fax:     312.832.4700

*Attorneys for Defendants Sturm Foods,*
*Inc. and TreeHouse Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, I caused a copy of the foregoing Plaintiffs' and Defendants' Joint Motion for Final Approval of Class Settlement to be electronically filed with the Clerk of the United States District Court for the Southern District of Illinois using the CM/ECF system, which will send notifications of such filing to all counsel of record.

/s/ Patrick C. Cooper
Patrick C. Cooper
